DANIEL J. BRODERICK Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIO OLEA-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-046 JAM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE |
| ) | |
| MARIO OLEA-GARCIA, ) | Date:  March 23, 2010 |
| ) | Time:  9:30 a.m. |
| Defendant. ) | Judge: Hon. John A. Mendez |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Michael D. Anderson, counsel for plaintiff United States of America, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant MARIO OLEA-GARCIA, that the above matter be dropped from this court's calendar for March 23, 2010, at the request of the defense and be continued until March 30, 2010 at 9:30 a.m., for change of plea.

**IT IS FURTHER STIPULATED** that the time from March 23, 2010, through March 30, 2010, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(8)(A)

& (B)(iv) and  Local Code T-4

**IT IS SO STIPULATED.**

Date: March 22, 2010                    Benjamin B. Wagner
                                        United States Attorney

                                        /S/ Michael D. Anderson
                                        By:   MICHAEL D. ANDERSON
                                        Assistant United States Attorney
                                        Counsel for Plaintiff

Date: March 22, 2010                    /S/ Jeffrey L. Staniels
                                        JEFFREY L. STANIELS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MARIO OLEA-GARCIA

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for March 23, 2010, and is ordered to be re-calendared for March 30, 2010, at 9:30 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from March 23, 2010, through March 30, 2010, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

                                        By the Court,

Date: March 22, 2010                    /s/ John A. Mendez
                                        Hon. John A. Mendez
                                        United States District Judge

Stip & Order Continuing Case
and Excluding Time                      2